UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LEE KENNEDY,<br><br>            Plaintiff,<br><br>      v.<br><br>WILLIAM GITTERE, et al.,<br><br>            Defendants. | Case No.: 3:25-cv-00623-ART-CLB<br><br>**ORDER** |

Plaintiff Kevin Lee Kennedy, who is incarcerated in the custody of the Nevada Department of Corrections, has filed an application to proceed *in forma pauperis* by an inmate at Northern Nevada Correctional Center. (ECF Nos. 1, 4). But Kennedy has not filed a complaint. The Court will give Kennedy an opportunity to correct this defect.

**I.      DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Kennedy must file a signed complaint to proceed with this lawsuit. Alternatively, if Kennedy did not intend to initiate this lawsuit but, rather, meant to file the application to proceed *in forma pauperis* in a different lawsuit, then Kennedy must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action.

**II.     CONCLUSION**

**IT IS THEREFORE ORDERED** that Kennedy has **until December 15, 2025**, to submit a signed complaint on this Court's approved form. Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Plaintiff Kennedy the approved form for filing a civil-rights complaint by an inmate with instructions.

**DATED**: November 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE